### Bird v. The State.

Evans, P. J. No error of law is complained of, and the evidence supports the verdict. *Judgment affirmed. All the Justices concur.*
July 11, 1912.

Indictment for murder. Before Judge Hawkins. Toombs superior court. March 15, 1912.

*F. H. Saffold,* for plaintiff in error.

*T. S. Felder, attorney-general, Alfred Herrington, solicitor-general,* and *Hines & Jordan,* contra.